In The U.S. District Court For Montgomery County    Alabama    03-11-06

DALLAS R. White #71474

Plainiff

vs                    Affidavit of Complaint

City of Monty - Monty Co - State of Alabama - U.S. Middle District Court of Alabama

Defendant

2:06CV258-W

Motion of A Complaint

Comes Now The plainiff by and Though pro-se, And Respectfully moves This Honorable Court to a complaint As Grounds Here in Planiff Assigns The Following: I was Denied Assistance by the Defendants, After going to City County state us middle District Federal Court of Alabama in Monty Al Consulted with Agency like Southern Poverty Law center The Ethics Commission District Attoney Attoney General FBI US military mayors offices sheriff offices monty police Dept; Reason for Complaint or Things they do to me - First I would like to say am an Government Exsperiment That have been mistreated they chock me around the neck with magne I have on star Global techno I've been Totured they've cause me mental crewlty others assist the in thier schem to commit violations these tacted cause my body to ache all over it makes me miserable And Restless when talk with law Employee's they ask are am ment you cant Destrim on the Disability monitor an Review see who behind this Harassment I use Dope to cope no one's above Th law Am Asking the courts to Reward me a sue also pay for Punish Damages they use me as a spy to monitor The other side

SCANNED
03032406

Boarderes   National Security Ecetera For My services Nothing Am not on the Payroll And their wealthy but Am Poore So Ill Sue for my portion of the cut its been 38yrs And Nothing to show for my work they use me As they choose but Neglect And deprive when I question for pay And the past people have been paid when they where wronged And mistreated in goverment Esperiment They use me to the point its stressful I Tell them To Cut Power down It hurts they ignore its All About what they want simple things that could help I Barely get, to live decent their the Goverment And things they do Are not good for my Economy they treat me like Am the least Its not fair but Always Depending on I for the future n Past. Their in Violation 1st- 4th- 8th- And 12Th Civil Rights, When Apoint Lawyer sure he'll found most

I Dallas White swear or Affirm That the statment Are True and correct. I understand That A False statement in My Affidavit May subject me to The Penalies of perjury. I Authorize The court the right to Obtain Records of Information Pertaining To my Case At my Request to verify the truth Although some were conversation n letter form where Promises Considerd And for good cause shown The Plainiff Prays That This Honorable court present Plainiff with Requested Investigation

Respectfully Submited on This The 11th Day of march 06
Dallas White 71474
Plainiff