| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br>2:06CV258-WKW |
|---|---|---|

IN THE _District_ COURT OF _Middle (Montgomery)_, ALABAMA
(Circuit, District, or Municipal)   (Name of County or Municipality)

STYLE OF CASE: _Dallas White_ v. _Montgomery City, County, State of Alabama_
                    Plaintiff(s)                       Defendant(s)

TYPE OF PROCEEDING: _Civil Suit_   CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☑ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

**SECTION I.**

1. IDENTIFICATION
   Full name _Dallas White_   Date of birth _4-24-67_
   Spouse's full name (if married) _____
   Complete home address _MCDF 3-F-8 P.O. Box 4599 Montgomery, AL 36103_

   Number of people living in household _0_
   Home telephone number _334 832-1834_
   Occupation/Job _0_   Length of employment _0_
   Driver's license number _5355184_   *Social Security Number _422 98 1132_
   Employer _0_   Employer's telephone number _0_
   Employer's address _0_

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC   ☑ Food Stamps   ☑ SSI   ☐ Medicaid   ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income   $ _0_
   Spouse's Monthly Gross Income (unless a marital offense)   _0_
   Other Earnings: Commissions, Bonuses, Interest Income, etc.   _0_
   Contributions from Other People Living in Household   _0_
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc.   _0_
   Other Income (be specific) _661.00_   _0_
   TOTAL MONTHLY GROSS INCOME   $ _601.00_

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage   $ _157.00_
      Total Utilities: Gas, Electricity, Water, etc.   _106.00_
      Food   _100.00_
      Clothing   _100.00_
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses
      Loan Payment(s)

*OPTIONAL

| Form C-10  Page 2 of 2   Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses (be specific) _Reporting Fee's_    105

        Sub-Total                              A $ _____

B.   Child Support Payment(s)/Alimony    $ _____0_____

        Sub-Total                              B $ _____
                                           $ _____0_____

C.   Exceptional Expenses
       TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $ _594.00_

Total Gross Monthly Income Less total monthly expenses:
                DISPOSABLE MONTHLY INCOME                $ _7.00_

4.   LIQUID ASSETS:
      Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ _0_
      Equity in Real Estate (value of property less what you owe)    _0_
      Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    _0_
      Other (be specific)
      Do you own anything else of value? ☐ Yes ☐ No    _0_
      (land, house, boat, TV, stereo, jewelry)
      If so, describe _____

                TOTAL LIQUID ASSETS                $ _0_

5.   Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____ day of _____, 19 _____.      _Dallas White_
                                                       Affiant's Signature

                                                       _DALLAS WHITE_
_____      Print or Type Name
Judge/Clerk/Notary

### ORDER OF COURT

**SECTION II.**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, 19 ____.

                                                                              Judge

**RESIDENT HISTORY REPORT**                                                                 Page 1 of 1

**Montgomery County Jail**
**03/06/06 15:41**
**ST 002 / OPR YR**

Booking Number   : 71474
Resident Name    : WHITE, DALLAS RAY
Time Frame       : 08/01/2005 07:00 - 03/06/2006 15:41

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 11/03/2005 | 09:01 | Reopen | 3 | EWY | C112980 | 0.00 | 0.00 |
| 11/18/2005 | 12:52 | Add | 2 | yr | B61125 | 200.00 | 200.00 |
| 11/21/2005 | 08:30 | Order | 3 | ndw | C114591 | 51.32 | 148.68 |
| 11/22/2005 | 10:17 | Credit | 1 | JD | A46643 | 3.99 | 152.67 |
| 11/28/2005 | 09:34 | Order | 3 | ndw | C114955 | 32.47 | 120.20 |
| 12/01/2005 | 11:43 | Order | 3 | ndw | C115226 | 18.59 | 101.61 |
| 12/05/2005 | 10:09 | Order | 3 | ndw | C115521 | 18.59 | 83.02 |
| 12/06/2005 | 10:12 | Credit | 1 | JD | A46880 | 18.59 | 101.61 |
| 12/06/2005 | 14:43 | Order | 3 | ndw | C115758 | 17.48 | 84.13 |
| 12/12/2005 | 09:40 | Order | 3 | ndw | C116345 | 27.29 | 56.84 |
| 12/19/2005 | 08:17 | Close | 2 | yr | B62196 | 56.84 | 0.00 |
| 03/03/2006 | 12:45 | Reopen | 4 | AF | D828 | 72.92 | 72.92 |
| 03/06/2006 | 09:07 | Order | 1 | mgmcl | A50581 | 17.68 | 55.24 |