IN The U.S. Fed, Middle District Courthouse of Montg

CASE: 2:06-CV-00258-WKW-VPM

Dallas R. White
   Plaintiff

Montg, AL

City of Montg, Et Al.,
   Defendant

Affidavit of Complaint

RECEIVED
2006 MAR 31 A 9:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion of
Written Objection to this Recommendation

Comes now the plaintiff by and through pro-se and respectfully moves this Honorable court to a complaint as grounds here in plaintiff assigns the following: Honorable Ms Judge McPherson after the courts carefully reviewed my complaint you alleged that without hesitation that I am a trobled and delusional man This is a fact, An true because of the government experiment that I was subject to therfore resulted in mental anguish. Technology doesn't comes without people for instant the patriot Act. Electromagnetic wave causes paralyze or lame to mind, muscle n nurve when used wrongful or intent It have you N a trance. Example Tazor gun Electric wave BIOS: with machines peripheral component such as monitor, printer, keyboards, disks get my altitude n lugitude record I no their recorded close circuit techno, This causes Amnesia daily. Run my name The FCC has record of who close circuit me with machine components of peripheral computer chip. Hope this is enough to go foward. I Dallas White swear or affirm that statement are true and correct, I understand

that False Statement in my Affidavit may subject me to penalty of perjury. I Authorize the court to obtain Records of Information pertaining to me In order to verify Information provided by me where promise considered are for good cause shown the Plaintiff pray that this Honorable court present Plaintiff With Requested Investigation.

Respectfully submitted on 3-29-06

*Dallas White*

— Is my Telephone Needed on File to Investigate If so its 334-265-6600 connected to computers of this Nature to monitor or spy sometimes it used wrongfully. in to intimadate