IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALLAS RAY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-258-WKW |
| ) | (WO) |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 27, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case, finding that the plaintiff's claims are due to be dismissed prior to service pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff filed an objection on March 31, 2006 (Doc. # 5).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The plaintiff's complaint is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of May, 2006.

                                                /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE