IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALLAS RAY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-258-WKW |
| ) | (WO) |
| CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. All claims are hereby DISMISSED with prejudice.

2. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 1st day of May, 2006.

          /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE